G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@pricelawgroup.com

Attorneys for Plaintiff,
TRAVIS KNOTTS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS KNOTTS<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>Defendant. | Case No.: C12-00742 JCS<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, TRAVIS KNOTTS, and Defendant, DIVERSIFIED COLLECTION SERVICES, INC., by and through their undersigned counsel, hereby stipulate and agree to dismiss the above-entitled action with prejudice, with each party to bear its own fees and costs.

//

RESPECTFULLY SUBMITTED,

DATED: May 24, 2012   PRICE LAW GROUP APC

By: _____
G. Thomas Martin, III
Attorney for Plaintiff


RESPECTFULLY SUBMITTED,

DATED: May 24, 2012   **ELIZABETH E. FRANKLIN
ATTORNEY AT LAW**

By:/s/ *Elizabeth E. Franklin*
Elizabeth E. Franklin
Attorney for Defendant

Dated: May 29, 2012



IT IS SO ORDERED
Judge Joseph C. Spero